UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS JONES** | **CIVIL ACTION NO.: 2:17-cv-7155** |
| **VERSUS** | |
| | **JUDGE: IVAN L.R. LEMELLE** |
| **PROSIGHT SPECIALTY INSURANCE SOLUTIONS, LLC, AND** | |
| **BENNIE MONTGOMERY** | **MAG. DANA M. DOUGLAS** |

## DEFENDANTS' WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, come Defendant, New York Marine and General Insurance Company, who submit this witness and exhibit list pursuant to the court's Scheduling Order. Defendant may call any of the following witnesses or seek to introduce any of the following exhibits at the trial of this matter:

## WITNESS LIST

1. Edward King – passenger in plaintiff's vehicle re: facts of the accident and lawsuit against Marcus Jones
   2033 L.B. Landry St.
   New Orleans, LA 70114
   (504) 518-0482

2. Bennie Montgomery – driver of vehicle insured by NYMGIC re: facts of the accident
   2517 Celotilde Ave.
   Laredo, TX 78040

3. A representative of New York Marine and General Insurance Company - defendant;

4. A representative of Diagnostic Imaging Services re: plaintiff's 02/09/06 lumbar MRI
   3625 Houma Blvd.
   Metairie, LA 70006
   (504) 888-7921

5. Hellen Neil, RN, Dr. John Steck, or a representative of Culicchia Nuerological Clinic – plaintiff's pre-accident epidural steroid injections and surgery recommendation;
   1111 Medical Center Blvd.
   Suite S-750
   Marrero, LA 70002
   (504) 340-6976

6. Dr. Renetta Allen re: pre-accident referral for lumbar MRI
   4028 Hwy. 90 W
   Avondalle, LA 70094
   (504) 436-2223

7. Dr. Sam Okole or a representative of Belle-Vue Medical re: prior treatment
   201 Evan Rd.
   Metairie, LA 70123, Suite 323
   (504) 887-7792

8. Dr. Nina Breakstone or a representative of Ochsner West Bank Medical Center re: prior treatment
   2500 Belle Chasse Hwy.
   Gretna, LA 70056
   (504) 391-5144

9. Joseph Chivleatto, Jr. or a representative of Folse Pharmacy re: prior prescription medications
   4000 Fourth St.
   Marrero, LA 70072
   (504) 341-2711

10. A representative of Behavioral Health Group re: prior treatment
    2235 Poydras St. B
    New Orelans, LA 70119
    (504) 524-7205

11. A representative of American Chiropractic Clinic re: prior treatment
    3140 Garden Oaks Dr.
    New Orleans, LA 70114
    (504) 361-3333

12. Dr. Thomas Bambrick or a representative of West Jefferson Medical Center re: deepwater horizon exam
    1111 Medical Center Blvd.
    Marrero, LA 70072
    (504) 349-6945

13. Any witness needed to authenticate any document;

14. Any witness necessary for impeachment or rebuttal;

15. Any witness called or listed by any other party to this matter;

16. Any witness who becomes known between now and the time of trial.

Defendant reserves its right to supplement and/or amend this list upon proper notice to this honorable court and opposing counsel.

## EXHIBIT LIST

1. Copy of Marcus Jones' medical records from Diagnostic Imaging Services re 02/09/06 lumbar MRI;

2. Copy of Marcus Jones records from Culicchia Neurological Clinic re: prior treatment;

3. Copy of Marcus Jones' prescription records from Folse Pharmacy dated 07/14/18-02/22/16;

4. Copy of Marcus Jones' medical records from Ochsner West Bank Medical Center re: 12/24/15 emergency room visit;

5. Copy of Marcus Jones' medical records from 06/23/16 visit to Dr. Chambers at Westbank Health Care Center requesting to be released;

6. Copy of Marcus Jones' medical records from 05/31/17 visit to Dr. Troy Beaucoudray at Spectrum Neurology Center re: positive urine toxicology screen;

7. Copy of Marcus Jones' medical records from 08/07/17 visit to Dr. Thomas Bambrick at West Jefferson Medical Center re: deepwater horizon exam;

8. Copies of Marcus Jones' civil and criminal records including, but not limited to:

    a. Orleans Parish Civil District Court No. 92-13911, "Taraion and Benton Legaux, Minor Children of Tanya Legaux v. Marcus Jones"
    b. Orleans Parish Civil District Court NO. 96-15368, "Darrion Joshua Jones, Minor Child of Kimberly Bradfield versus Marcus Jones"
    c. Orleans Parish Civil District Court No. 02-7324, "Douglas M. Lansa, et al v. Chevron USA Inc., et al"
    d. Orleans Parish Civil District Court no. 10-8778, "The Bank of New York Mellon, et al v. Erika Ann Edwards, et al"
    e. Orleans Parish Magistrate Court No. 314034;
    f. Orleans Parish Magistrate Court No. 359306;
    g. Orleans Parish Criminal District Court No. 386-570, Section G/K/G, Class 2;
    h. Orleans Parish Criminal District Court No. 468-295, Section M2, Class 4;
    i. Orleans Parish Magistrate Court No. 471185;
    j. Orleans Parish Criminal District Court no. 513-022; Section F/B, Class 2;
    k. Orleans Parish Magistrate Court No. 531821;

   l.  24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 705-511, Div. K, "State of Louisiana v. Property Seized from Marcus Jones";
   m.  24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 11-3117, Div. A, "State of Louisiana v. Marcus Jones";
   n.  24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 93-3937, Div. S, "State of Louisiana v. Marcus Jones";
   o.  24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. F2089017, Div. T.

9. Any exhibits that become known between now and the time of trial.

   Defendants reserve their right to supplement and/or amend this list.

                              Respectfully submitted:

                              *PERRIER & LACOSTE, LLC*

                              *s/ Ralph J. Aucoin, Jr.*
                              _____
                              **GUY D. PERRIER, #20323**
                              **RALPH J. AUCOIN, JR. #31023**
                              365 Canal Street, Suite 2550
                              New Orleans, Louisiana  70130
                              Tel: (504) 212-8820; Fax: (504) 212-8825
                              gperrier@perrierlacoste.com
                              raucoin@perrierlacoste.com
                              **ATTORNEYS FOR NEW YORK MARINE**
                              **AND GENERAL INSURANCE COMPANY**

                   **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 28th day of May, 2019, at their last known address of record.


                              *s/ Ralph J. Aucoin Jr.*
                              _____
                               **RALPH J. AUCOIN, JR.**